UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA

          -against-

FRANCISCO SANDOVAL and FRANK ALBERT SALCEDO,
                      Defendants.
-------------------------------------------------------------------X

07 cr 305 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, April 27, 2007 at 3:00pm** before the Honorable John G. Koeltl.

Since the additional time to schedule a conference in this matter is due to the unavailability of the parties, the Court prospectively excludes the time from today until **April 27, 2007** in calculating the speedy trial date under 18 U.S.C. § 3161 because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                        JOHN G. KOELTL
                                  UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         April 20, 2007