UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

FRANCISCO SANDOVAL and FRANK ALBERT SALCEDO,

                   Defendants.

---

07 Cr. 305 (JGK)

SPEEDY TRIAL ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/07
```

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **September 14, 2007 at 10:30 a.m.**

Because an adjournment is needed to assure the effective assistance of counsel and to allow the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today, **June 15, 2007,** until **September 14, 2007** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
            June 15, 2007

                                            John G. Koeltl
                                     United States District Judge