UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

                -against-

FRANCISCO SANDOVAL and
FRANK ALBERT SALCEDO,
                          Defendant.
-----------------------------------------------------------X

07 cr 305 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, January 18, 2008 at 10:00am** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **January 18, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                JOHN G. KOELTL
                                      UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 6, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2007