```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____     │
│ DATE FILED: 2/14/08         │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

FRANCISCO SANDOVAL, et al.,
                    Defendant.
------------------------------------------------------------X

07 cr 305 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Thursday, March 20, 2008 at 2:30pm** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **March 20, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       February 8, 2008