USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/3/08_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                    07 cr 305 (JGK)

                    -against-

                                                    **SPEEDY TRIAL ORDER**

FRANCISCO SANDOVAL, et al.,
                                    Defendant.
-------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, June 27, 2008 at 3:30pm**

before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **June 27, 2008** in calculating the

speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because

the ends of justice served by such a continuance outweigh the best interest of the public and the

defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

_____
                JOHN G. KOELTL
        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        June 2, 2008