USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-5-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

   -against-

FRANCISCO SANDOVAL, et al.,
         Defendants.
------------------------------------------------------------X

07 cr 305 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

  The parties are directed to appear for a conference on **Friday, October 10, 2008 at 10:00am** before the Honorable John G. Koeltl.

  The Court prospectively excludes the time from today until **October 10, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                 _____
                   JOHN G. KOELTL
                 UNITED STATES DISTRICT JUDGE

Dated: New York, New York
    September 4, 2008